UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. Nos.: 6:09-cr-00012-GFVT-HAI |
| v. ) | |
| ) | **ORDER** |
| BRENT BRITTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly A. Ingram [R. 453] filed on June 16, 2017. The Defendant, Brent Britton, was charged with two violations of his Supervised Release after admitting to using methamphetamine. [*Id*. at 3.]

Britton began his term of supervised release on November 14, 2014. [*Id.* at 1.] Prior to the most recent violations, Britton violated the terms of his supervised release on two occasions: first, on July 12, 2016, for driving under the influence and second, on April 2, 2017, for driving on a DUI suspended license. [*Id.* at 1-2.] On both occasions, this Court approved the requests by the United States Probation Office that no action be taken outside of requiring Britton to complete community service. [*Id.*] In support of these requests, the USPO noted that the Britton was gainfully employed and doing well on supervised release, apart from the two DUI-related violations. [*Id.* at 2.] Britton now appears on newly alleged violations. [*Id.*]

The Defendant's current supervised release violations are outlined in a Supervised

Violation Report issued by the United States Probation Office on May 26, 2017. [*Id.*] Both violations stem from Britton's admitted use of methamphetamine, via inhalation, on May 19 and May 20, 2017. [*Id.* at 2-3.] The most serious violation, Violation #2, violating federal law by possessing methamphetamine, qualifies as a Grade B violation. [*Id.* at 3.]

Upon evaluation of the entire record, including the most recent Supervised Release Violation Reports and accompanying documents; and the sentencing materials from the underlying judgments in this District, Magistrate Judge Ingram issued an R&R recommending revocation and a term of imprisonment of ten months, followed by continuation of the current term of supervised release set to expire on November 12, 2022. [*Id*. at 9.] The R&R noted that Britton has twice previously experienced leniency from the Court when he violated the conditions of his supervised release, and thus, although Britton has proven he has potential for success while on supervised release, "a lengthy period of incarceration is warranted since he has not repaid the Court for the trust that has repeatedly been placed in him." [*Id.* at 8.] These breaches of trust, in addition to the concerning nature of the violations in light of Britton's underlying offense, informed the conclusion by the Magistrate Judge that the present violations warrant the recommended sentence. [*Id.*] Further, the Defendant's waived his right of allocution. [R. 454.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation. *United States*

*v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 453**] as to Brent Britton is **ADOPTED** as and for the Opinion of the Court;

2. Brent Britton is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

3. Mr. Britton's Supervised Release is **REVOKED**;

4. Mr. Britton is hereby sentenced to a term of incarceration for **ten (10) months** followed by the continuation of his current term of supervised release set to expire on November 12, 2022.

This the 6th day of July, 2017.

Gregory F. Van Tatenhove
United States District Judge